IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OMAR ANTONIO LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00468-RAH-SMD |
| | ) | |
| BRANCH DIGITAL WALLET, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND FINAL JUDGMENT**

On June 11, 2026, Plaintiff, proceeding pro se and in forma pauperis, filed his original Complaint. (Doc. 1.) Pursuant to 28 U.S.C. § 1915(e), the Magistrate Judge reviewed Plaintiff's Complaint and found that he failed to properly plead subject matter jurisdiction. (Doc. 13.) The Magistrate Judge ordered Plaintiff to amend his complaint, which Plaintiff did. (Doc. 13; Doc. 15.) Finding the Amended Complaint failed to properly allege subject matter jurisdiction, the Magistrate Judge recommended the action be dismissed without prejudice. (Doc. 16.) Plaintiff filed an Objection. (Doc. 17.)

When a party objects to a magistrate judge's recommendation, the district court must review the disputed portions *de novo*. 28 U.S.C. § 636(b)(1). The district judge "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). *De novo* review requires that the district court independently consider factual issues based on the record. *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990); *see also United States v. Gopie*, 347 F. App'x 495, 499 n.1 (11th Cir. 2009). However, objections to the magistrate

judge's recommendation must be sufficiently specific to warrant *de novo* review. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 783–85 (11th Cir. 2006). Otherwise, a recommendation is reviewed for clear error. *Id.*

In his Objection, Plaintiff argues the Magistrate Judge erred because the Amended Complaint properly asserts diversity jurisdiction by pleading the amount in controversy is above $75,000 and Plaintiff is a Tennessee citizen. (Doc. 17 at 1-2.) As the Magistrate Judge correctly noted (doc. 16 at 3), the Amended Complaint makes no allegations regarding Defendant's citizenship, so Plaintiff's assertion of diversity jurisdiction is insufficient. Plaintiff raises several other arguments regarding the referral to the Magistrate Judge, bad faith, and the § 1915(e) screening process, none of which identify any specific error with the Recommendation. (Doc. 17 at 2-3.)

Accordingly, upon an independent and de novo review of the record, it is **ORDERED** as follows:

1. Plaintiff's Objection (doc. 17) is **OVERRULED**;
2. The Recommendation (doc. 16) is **ADOPTED**;
3. The case is **DISMISSED** without prejudice;
4. No costs are taxed; and,
5. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

**DONE AND ORDERED** on this the 14th day of October 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE